**Cedric HOLLEY, Plaintiff–Appellant,**

v.

**Emilio PAGAN, Defendant–Appellee.**

No. 03–6610.

United States Court of Appeals, Fourth Circuit.

Submitted June 12, 2003.

Decided June 20, 2003.

Cedric Holley, Appellant Pro Se.

Before WIDENER, LUTTIG and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Cedric Holley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Holley v. Pagan,* No. CA–02–536–5–3F (E.D.N.C. Apr. 1, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*